## PETITION OF SAMUEL COLLINS, 1716

COLONY OF RHODE ISLAND Ss   Upon the prayer of the Above petitioner This Councill upon the perusal of the Judgemᵗ and Decree of the Court of Admiralty agˢᵗ sᵈ Danˡˡ Thurston (and the aforesᵈ Samˡˡ Collins Attorney to sᵈ Thurston) at A Court of Admiralty held at Newpᵗ December the 17ᵗʰ 1716 Did Decree that the sᵈ Thurston and Collins should pay back into the hands of the Register ten Pounds four shillings and Two pence which was the whole of Costs and Charges Obtain'd by sᵈ Thurston Agˢᵗ Ebenezer

Brenton of Bristoll by a Decree of the Deputy Judge M<sup>r</sup> Weston Clarke and it Appearing to this Councill that the s<sup>d</sup> Thurston appeared at s<sup>d</sup> Court in person at the Time s<sup>d</sup> Decree was Given ag<sup>st</sup> s<sup>d</sup> Brenton; and that the said Collins was then Discharged of his being an Attorney to s<sup>d</sup> Thurston Therefore the Councill upon mature consideration of the whole matter are of opinion that this Councill hath not full Powere to Grant forth a Prohibition that may be final to Stopp any proceedings on the Decree of the Judge of the Court of Admiralty, but that it is cognizable before the Gen<sup>ll</sup> Assembly who is the Supream Court of Judicature of this Colony and To whom all other Inferior Courts are obliged To Answer for any Misadministration or Erronious Judgem<sup>t</sup> Notwithstanding which wee presume this Councill hath Authority to Grant a Prohibition to stop any Execution by the virtue of the afores<sup>d</sup> Decree untill the next sessions of the Assembly; and It is ordered by this Councill that the plt<sup>s</sup> or their Attorneys be Notyfyed to Appeare at s<sup>d</sup> Assembly to Answer to Any matter that may be alledged by the petitioner to Evade the Decree of the Hon<sup>ble</sup> John Menzies Judge of the Court of Admiralty as afores<sup>d</sup> And that the s<sup>d</sup> Petitioner Give to the Secretary a Bond of twenty pounds for the prosecuting his Compl<sup>t</sup> at the s<sup>d</sup> Gen<sup>ll</sup> Assembly. And This Councill Do further Order that upon s<sup>d</sup> Collins Signing s<sup>d</sup> Bond the Secretary Do Issue forth a Prohibition Requiring the afores<sup>d</sup> Judge Menzies Esq<sup>r</sup> and M<sup>r</sup> John Coddington Deputy Register of s<sup>d</sup> Court of Admiralty to stay any proceedings on the afores<sup>d</sup> Decree and that no process or Execution be Given out thereupon untill the matter be Determined by the afores<sup>d</sup> Assembly and The Prohibition is to be Del<sup>d</sup> to M<sup>r</sup> John Coddington Deputy Register of s<sup>d</sup> Court in order to Govern himselfe thereby and The Secretary is hereby ordered to send a Copy of the Petition and Councills Order to s<sup>d</sup> Brenton and to notify him of the sitting of the s<sup>d</sup> Assembly that he may their Appear; and that the Secretary Register the afores<sup>d</sup> Petition and the Councills order therein

Done in Councill
Rich<sup>d</sup> Ward Secret<sup>y</sup>

The Petitioners to bear their Charges for Registring Notyfying the pl<sup>ts</sup> Granting forth Prohibition etc.

To the Hon<sup>ble</sup> John Menzies Esq<sup>r</sup> Judge of the Court of Admiralty for the Colony of Rhode Island and Providence plantations in New England etc. and to M<sup>r</sup> John Coddington Deputy Regist<sup>r</sup> of s<sup>d</sup> Court Greeting

Whereas Sam<sup>ll</sup> Collins of Newp<sup>t</sup> in the Colony of Rhode Island etc. Blacksmith on the 28th of this Instant December Exhibited a Petition before the Hon<sup>ble</sup> Samuel Cranston Esq<sup>r</sup> Gov<sup>r</sup> and the Councill of s<sup>d</sup> Colony wherein he set forth the Grievance and unreasonableness of a Decree given ag<sup>st</sup> him by the s<sup>d</sup> John Menzies Esq<sup>r</sup> Judge of the Court of Admiralty within his Majestys Colony of Rhode Island on the 17th of this Inst<sup>t</sup> December at the

Suit of Ebenezer Brenton and Edward Little the which Petition being only considered the Hon$^d$ Gov$^r$ and Councill did order the Secretary of s$^d$ Colony to Grant forth A Prohibition to stop and Hinder any Execution from Going forth upon s$^d$ Decree out of s$^d$ Court of Admiralty untill the next Gen$^{ll}$ Court of Assembly of this Colony have heard s$^d$ Decree and Petition and Given forth their Judgem$^t$ thereon

These are therefore in his Majestys Name George by the Grace of God King over Great Britt: France and Ireland Defender of the Faith etc. To prohibit and forbid YOU John Menzies Esq$^r$ Judge of the said Court of Admiralty and you M$^r$ John Coddington Deputy Register of s$^d$ Court to Issue forth any Execution or process anyways ag$^{st}$ the Aboves$^d$ Samuel Collins Blacksmith upon the Afores$^d$ Decree Given against him on the 17th of this Instant December Untill the next Gen$^{ll}$ Court of Assembly of this his Majestys Colony of Rhode Island etc. have heard the aforesaid Decree and Compl$^t$ and Given forth their Decree thereon

By order of the Gov$^r$ and Councill of his Majestys Colony abovesaid I have Given forth this Prohibition under my hand and Councill Seal thiss 31$^{rst}$ day of December 1716

Rich$^d$ Ward Secretary

Registered per
Rich$^d$ Ward Secretary
Att a Gen$^{ll}$ Council of his Majestys Colony of Rhode Island etc. Conveened by A Warrant from his Hon$^r$ the Gov$^r$ the first Day of Aprill 1717

Present

| | |
|---|---|
| The Hon$^{ble}$ Sam$^l$ Cranston Esq$^r$ Gov$^r$ | M$^r$ George Cornell Ass$^t$ |
| The Hon$^{ble}$ Joseph Jenckes Esq$^r$ Dep Gov$^r$ | M$^r$ Samuel Clarke Ass$^t$ |
| L$^t$ Coll John Wanton Ass$^t$ | Cap$^t$ John Eldred Ass$^t$ |
| Maj$^r$ Nath$^{ll}$ Coddington Ass$^t$ | Rich$^d$ Ward Secretary |

The Councill being called Adjourn'd to the 2$^d$ Instant and being called present as before

Whereas Cap$^t$ Daniel Hodgson and M$^r$ Samuel Collins obtain'd Each a Prohibition from a Gen$^{ll}$ Councill held at Newp$^t$ December the 28th 1716 prohibiting the Executing of A Judgem$^t$ Given ag$^{st}$ them by the Judge of the Court of Admiralty at Newp$^t$ the 17th of s$^d$ December untill the next Gen$^{ll}$ Court of Assembly for this Colony should hear the Allegations of s$^d$ Hodgson and s$^d$ Collins to evade the Decree of the s$^d$ Judge of the Admiralty and the Secretary Taking Bonds To the Court of Assembly which was to set the last Tuesday of February 1716/7 The which by a Storm was hindred from sitting. Therefore this Councill Do order the s$^d$ Hodgson and Collins To give fresh bond to the secretary with security according to the first Order of Councill, to appear at the Gen$^{ll}$ Assembly in May next.

Done in Councill
Teste Rich$^d$ Ward Recorder